# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Bankruptcy Case No. 14-45274-MBM |
| Kevin R. Ruark and Janice L. Ruark<br>aka Janni L. Ruark fka Janice L. Boughamer, | Chapter: 7 |
| | Judge Marci B. McIvor |
| Debtors. | |

## ORDER MODIFYING AUTOMATIC STAY

Cause coming to be heard on the Motion for Relief from the Automatic Stay of Nationstar Mortgage LLC ("Movant"), servicer for U.S. Bank National Association as Trustee for the certificateholders of the Structured Adjustable Rate Mortgage 2006-1 Trust Fund, all parties in interest having notice and the Court being fully advised:

IT IS HEREBY ORDERED that the Automatic Stay is modified so that Movant may exercise its rights under state law with respect to the real property located at 11373 Willow Wood Lane, Plymouth, MI 48170; and

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) is not applicable so that Movant may immediately enforce and implement this Order modifying the automatic stay.

.

Signed on May 05, 2015

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge